**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Four and Twenty LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  BML Blackbird, Inc.**<br>**DBA  BML-Blackbird Theatrical Services** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-3833429** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **20-21 Wagaraw Road**<br>**Fair Lawn, NJ 07410**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bergen**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Four and Twenty LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | **Four and Twenty LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When | _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
            Contact name _____
            Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Four and Twenty LLC**                                                    Case number (*if known*)
Name

- ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
- ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
- ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Four and Twenty LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 13, 2021**
MM / DD / YYYY

**X** **/s/ Eric Todd**                      **Eric Todd**
Signature of authorized representative of debtor      Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ Nancy Isaacson**                  Date **December 13, 2021**
Signature of attorney for debtor                  MM / DD / YYYY

**Nancy Isaacson**
Printed name

**Greenbaum, Rowe, Smith & Davis LLP**
Firm name

**75 Livingston Avenue**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone   **(973) 577-1930**      Email address   **niaacson@greenbaumlaw.com**

**1325 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Four and Twenty LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 13, 2021**        X */s/ Eric Todd*
                                            Signature of individual signing on behalf of debtor

                                            **Eric Todd**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Four and Twenty LLC** |
|---|---|
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1 Aquarium Drive LLC Att: Hartz Mountain Industries 400 Plaza Drive, 4th Floor Secaucus, NJ 07096-1515** | | | **Disputed** | | | $329,033.35 |
| **Ascentium Capital LLC 23970 Highway 59 N Kingwood, TX 77339-1535** | | **Judgment-commercial equipment lease** | **Disputed** | | | $229,885.35 |
| **Generico, LLC 20-21 Wagaraw Road Fair Lawn, NJ 07410** | | | | | | $171,862.57 |
| **Small Business Administration 409 Third Street, SW Washington, DC 20416** | | | | $159,900.00 | $0.00 | $159,900.00 |
| **Taylor & Taylor Associates, Inc 271 Madison Avenue, 5th Floor New York, NY 10016** | | **Agent for Allianz insurance.** | | | | $141,186.82 |
| **Small Business Administration 409 Third Street, SW Washington, DC 20416** | | | | $97,170.00 | $0.00 | $97,170.00 |
| **Hertz Corp. Commercial Billing Dept 1124 PO Box 121190 Dallas, TX 75312-1190** | | **DJ100488-19** | **Disputed** | | | $94,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Four and Twenty LLC** | | | Case number *(if known)* | | |
|--------|-------------------------|--|--|--------------------------|--|--|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CAPS New York** 7 Penn Plaza, Suite 601 New York, NY 10001 | | | | | | $88,390.90 |
| **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19114 | | Failure to make tax deposit 2019, 2020 and 2021 | | | | Unknown |
| **NYS Department of Tax and Finance** Bankruptcy/Special Procedures Section P.O. Box 5300 Albany, NY 12205-0300 | | Judgment 2020 and 2021 | | | | Unknown |
| **Nationwide Video** 50888 Century Court Wixom, MI 48393 | | | | | | $58,003.72 |
| **Chasen Leyner & Lamparello, PC** 300 Lighting Way Secaucus, NJ 07094 | | | | | | $55,350.00 |
| **Penske Truck Leasing Co.** PO Box 827380 Philadelphia, PA 19182-7380 | | | Disputed | | | $26,985.13 |
| **Withum Smith & Brown PC** Att: William J. Morrison 650 Farm Road, Suite 468 Paramus, NJ 07652 | | Judgment | | | | $21,931.50 |
| **Unique Business Systems** 1100 Colorado Ave., Suite B Santa Monica, CA 90401 | | | | | | $9,930.67 |
| **TQL** PO Box 634558 Cincinnati, OH 45263 | | | | | | $9,670.00 |
| **PSE&G Service Corp** Att: Vincent Albanito Customer Ops & Collection 80 Park Plaza Newark, NJ 07102 | | | | | | $9,061.13 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Four and Twenty LLC**                                             Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sentil Benefits & Financial Group, LLC 100 Quaannapowitt Parkway Suite 300 PO Box 4006 Wakefield, MA 01880** | | | | | | **$7,950.00** |
| **TowerStream Corp. PO Box 414061 Boston, MA 02241** | | | | | | **$7,433.33** |
| **Clark Media 296 Broadhead Road Bethlehem, PA 18017** | | | | | | **$7,012.50** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Four and Twenty LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $     **1,858,619.62**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     **1,858,619.62**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **257,070.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **148,597.14**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **1,326,475.41**

4.  Total liabilities .................................................................................................................................
    Lines 2 + 3a + 3b         $     **1,732,142.55**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Four and Twenty LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **Checking** | **5636** | **$128,855.03** |
| 3.2. | **TD Bank** | **payroll** | **6623** | **$28,892.80** |
| 3.3. | **TD Bank** | **Checking** | **3402** | **$527.67** |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $158,275.50 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Four and Twenty LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less: **198,211.79** - **0.00** = .... **$198,211.79**

face amount   doubtful or uncollectible accounts

11b. Over 90 days old: **298,532.33** - **0.00** = .... **$298,532.33**

face amount   doubtful or uncollectible accounts

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$496,744.12**

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** **Inventory** | | **$0.00** | | **$1,200,000.00** |
| 22.    **Other inventory or supplies** | | | | |

**23.    Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.    **$1,200,000.00**

**24.    Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Four and Twenty LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Office furniture** | **$0.00** | | **$0.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **office equipment** | **$0.00** | | **$0.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | **$0.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **3 Trailers** | **$0.00** | | **$3,600.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Four and Twenty LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.**    **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$3,600.00

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Four and Twenty LLC**
Name

Case number *(If known)*

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $158,275.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $496,744.12 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,200,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,600.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,858,619.62 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,858,619.62 |

2:01 PM
11/30/21

Case 21-19558   Doc 1BNFIledB1a2kb0a1 TheEntereaSe1v2/i0e8s1 15:39:08   Desc Main
Documeent   PChec6 of 59

**Check Detail**
09/01/21 thru 11/30/21

| Type | Num | Date | Name | Account | Original Amount |
|------|-----|------|------|---------|-----------------|
| | | | **PAYROLL ACCOUNT 6623** | | |
| Check | | 09/01/2021 | Intuit Merchant Processing Fees | 1000 · TD Bank - Payroll Account (6623 | -312.08 |
| Check | | 09/02/2021 | Intuit | 1000 · TD Bank - Payroll Account (6623 | -3.34 |
| Check | | 09/04/2021 | Navitas | 1000 · TD Bank - Payroll Account (6623 | -3,198.37 |
| Check | | 09/07/2021 | Intuit | 1000 · TD Bank - Payroll Account (6623 | -427.69 |
| Check | | 09/07/2021 | TD Bank | 1000 · TD Bank - Payroll Account (6623 | -30.00 |
| Bill Pmt -Check | | 09/13/2021 | Amazon.com | 1000 · TD Bank - Payroll Account (6623 | -288.75 |
| Bill Pmt -Check | DC | 09/14/2021 | Special FX | 1000 · TD Bank - Payroll Account (6623 | -700.00 |
| Bill Pmt -Check | EFT | 09/15/2021 | Amazon.com | 1000 · TD Bank - Payroll Account (6623 | -11.38 |
| Bill Pmt -Check | | 09/17/2021 | Paychex | 1000 · TD Bank - Payroll Account (6623 | -160.06 |
| Check | | 09/17/2021 | Hotels.com | 1000 · TD Bank - Payroll Account (6623 | -251.96 |
| Check | | 09/17/2021 | Hotels.com | 1000 · TD Bank - Payroll Account (6623 | -113.92 |
| Bill Pmt -Check | | 09/20/2021 | d7xtech | 1000 · TD Bank - Payroll Account (6623 | -15.00 |
| Bill Pmt -Check | | 09/24/2021 | Paychex | 1000 · TD Bank - Payroll Account (6623 | -175.91 |
| Check | | 09/30/2021 | TD Bank | 1000 · TD Bank - Payroll Account (6623 | -30.00 |
| Check | | 09/30/2021 | Navitas | 1000 · TD Bank - Payroll Account (6623 | -3,198.37 |
| Check | | 09/30/2021 | Intuit Merchant Processing Fees | 1000 · TD Bank - Payroll Account (6623 | -43.65 |
| Check | | 09/30/2021 | Intuit Merchant Processing Fees | 1000 · TD Bank - Payroll Account (6623 | -43.65 |
| Check | | 09/30/2021 | Intuit Merchant Processing Fees | 1000 · TD Bank - Payroll Account (6623 | -43.65 |
| Bill Pmt -Check | | 10/01/2021 | Paychex | 1000 · TD Bank - Payroll Account (6623 | -168.36 |
| Check | | 10/01/2021 | Home Depot | 1000 · TD Bank - Payroll Account (6623 | -361.84 |
| Check | | 10/04/2021 | TD Bank | 1000 · TD Bank - Payroll Account (6623 | -92.85 |
| Bill Pmt -Check | | 10/08/2021 | Paychex | 1000 · TD Bank - Payroll Account (6623 | -179.69 |
| Bill Pmt -Check | EFT | 10/10/2021 | Oxford Health Plans | 1000 · TD Bank - Payroll Account (6623 | -4,982.83 |
| Bill Pmt -Check | | 10/14/2021 | Sundial Time Systems | 1000 · TD Bank - Payroll Account (6623 | -30.40 |
| Bill Pmt -Check | | 10/15/2021 | Paychex | 1000 · TD Bank - Payroll Account (6623 | -175.92 |
| Check | | 10/18/2021 | TD Bank | 1000 · TD Bank - Payroll Account (6623 | -102.44 |
| Check | | 10/19/2021 | TD Bank | 1000 · TD Bank - Payroll Account (6623 | -2.49 |
| Check | | 10/20/2021 | State of New Jersey (Employer Accts) | 1000 · TD Bank - Payroll Account (6623 | -128.88 |
| Bill Pmt -Check | | 10/22/2021 | Paychex | 1000 · TD Bank - Payroll Account (6623 | -175.92 |
| Check | | 10/22/2021 | TD Bank | 1000 · TD Bank - Payroll Account (6623 | -46.55 |
| Check | | 10/25/2021 | Navitas | 1000 · TD Bank - Payroll Account (6623 | -3,198.37 |
| Check | | 10/26/2021 | TD Bank | 1000 · TD Bank - Payroll Account (6623 | -30.00 |
| Liability Check | 33900 | 10/26/2021 | Fidelity Investments | 1000 · TD Bank - Payroll Account (6623 | -190.99 |
| Liability Check | 33901 | 10/26/2021 | Fidelity Investments | 1000 · TD Bank - Payroll Account (6623 | -181.39 |

2:01 PM
11/30/21

Case 21-19558   Doc 1 BNR Blackbird Theatrical Services 15:39:08   Desc Main
Document   Page 17 of 59
Check Detail
09/01/21 thru 11/30/21

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | | 10/29/2021 | Paychex | 1000 · TD Bank - Payroll Account (6623 | -172.14 |
| Bill Pmt -Check | | 11/02/2021 | Cloudiance | 1000 · TD Bank - Payroll Account (6623 | -270.00 |
| Bill Pmt -Check | EFT | 11/02/2021 | Amazon.com | 1000 · TD Bank - Payroll Account (6623 | -519.92 |
| Bill Pmt -Check | | 11/05/2021 | Paychex | 1000 · TD Bank - Payroll Account (6623 | -172.14 |
| Check | | 11/05/2021 | parking | 1000 · TD Bank - Payroll Account (6623 | -32.00 |
| Check | | 11/08/2021 | parking | 1000 · TD Bank - Payroll Account (6623 | -15.00 |
| Check | | 11/08/2021 | Intuit | 1000 · TD Bank - Payroll Account (6623 | -6.82 |
| Check | | 11/09/2021 | Intuit | 1000 · TD Bank - Payroll Account (6623 | -435.93 |
| Check | | 11/10/2021 | Intuit | 1000 · TD Bank - Payroll Account (6623 | -1.74 |
| Liability Check | 33902 | 11/11/2021 | Fidelity Investments | 1000 · TD Bank - Payroll Account (6623 | -193.63 |
| Liability Check | 33903 | 11/11/2021 | Fidelity Investments | 1000 · TD Bank - Payroll Account (6623 | -159.57 |
| Check | | 11/12/2021 | Intuit | 1000 · TD Bank - Payroll Account (6623 | -143.56 |
| Check | | 11/12/2021 | Paychex | 1000 · TD Bank - Payroll Account (6623 | -175.92 |
| Check | | 11/16/2021 | Intuit | 1000 · TD Bank - Payroll Account (6623 | -16.15 |
| Check | | 11/16/2021 | Intuit | 1000 · TD Bank - Payroll Account (6623 | -6.82 |
| Bill Pmt -Check | | 11/19/2021 | Paychex | 1000 · TD Bank - Payroll Account (6623 | -168.37 |
| Bill Pmt -Check | EFT | 11/22/2021 | Optimum | 1000 · TD Bank - Payroll Account (6623 | -300.14 |
| Bill Pmt -Check | | 11/26/2021 | Paychex | 1000 · TD Bank - Payroll Account (6623 | -175.92 |
| | | | **PROJECT ACCOUNT 5636** | | |
| Check | | 09/01/2021 | TD Bank | 1005 · TD Bank - Project Account (5636 | -30.00 |
| Bill Pmt -Check | 13990 | 09/01/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -795.00 |
| Bill Pmt -Check | 13991 | 09/01/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -4,000.00 |
| Bill Pmt -Check | 13992 | 09/02/2021 | The Virtual BackOffice, LLC | 1005 · TD Bank - Project Account (5636 | -612.50 |
| Bill Pmt -Check | 13993 | 09/02/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -245.17 |
| Bill Pmt -Check | WIRE | 09/03/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -3,397.00 |
| Bill Pmt -Check | 13994 | 09/03/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -41.34 |
| Check | | 09/04/2021 | Horizon Blue Cross Blue Shield of NJ | 1005 · TD Bank - Project Account (5636 | -249.36 |
| Check | | 09/04/2021 | Horizon Blue Cross Blue Shield of NJ | 1005 · TD Bank - Project Account (5636 | -249.36 |
| Check | | 09/04/2021 | Horizon Blue Cross Blue Shield of NJ | 1005 · TD Bank - Project Account (5636 | -49.29 |
| Check | | 09/04/2021 | Oxford Health Plans | 1005 · TD Bank - Project Account (5636 | -10,774.15 |
| Sales Tax Payment | EFT | 09/04/2021 | New York State Sales Tax | 1005 · TD Bank - Project Account (5636 | -10,981.13 |
| Bill Pmt -Check | 11681 | 09/04/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -5,066.64 |
| Bill Pmt -Check | 13996 | 09/04/2021 | GM Financial | 1005 · TD Bank - Project Account (5636 | -1,140.00 |
| Bill Pmt -Check | 13997 | 09/04/2021 | Redacted . | 1005 · TD Bank - Project Account (5636 | -500.00 |
| Bill Pmt -Check | 13998 | 09/04/2021 | PSE&G | 1005 · TD Bank - Project Account (5636 | -250.00 |
| Bill Pmt -Check | 13999 | 09/04/2021 | Greenbaum Rowe Smith & Davis LLP | 1005 · TD Bank - Project Account (5636 | -10,750.00 |

2:01 PM
11/30/21

Case 21-19558   Doc 1 BNR-Blackbird Theatrical Services 15:39:08   Desc Main
Document   Page 18 of 59
**Check Detail**

**09/01/21 thru 11/30/21**

| | | | | | |
|---|---|---|---|---|---|
| Bill Pmt -Check | wire | 09/06/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -800.00 |
| Check | | 09/07/2021 | TD Bank | 1005 · TD Bank - Project Account (5636 | -30.00 |
| Bill Pmt -Check | EFT | 09/07/2021 | Capital One Bank | 1005 · TD Bank - Project Account (5636 | -2,000.00 |
| Bill Pmt -Check | 11631 | 09/07/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -787.50 |
| Bill Pmt -Check | 11632 | 09/07/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -750.00 |
| Bill Pmt -Check | 11633 | 09/07/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -500.00 |
| Check | | 09/08/2021 | TD Bank | 1005 · TD Bank - Project Account (5636 | -30.00 |
| Bill Pmt -Check | 11635 | 09/08/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -144.00 |
| Check | | 09/09/2021 | TD Bank | 1005 · TD Bank - Project Account (5636 | -15.00 |
| Bill Pmt -Check | 11636 | 09/09/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,550.00 |
| Liability Check | 11637 | 09/09/2021 | Fidelity Investments | 1005 · TD Bank - Project Account (5636 | -246.09 |
| Liability Check | 11638 | 09/09/2021 | Fidelity Investments | 1005 · TD Bank - Project Account (5636 | -193.63 |
| Liability Check | 11639 | 09/09/2021 | Fidelity Investments | 1005 · TD Bank - Project Account (5636 | -214.13 |
| Liability Check | 11640 | 09/09/2021 | Fidelity Investments | 1005 · TD Bank - Project Account (5636 | -183.95 |
| Liability Check | 11641 | 09/09/2021 | Fidelity Investments | 1005 · TD Bank - Project Account (5636 | -224.50 |
| Liability Check | 11642 | 09/09/2021 | Fidelity Investments | 1005 · TD Bank - Project Account (5636 | -258.50 |
| Liability Check | 11643 | 09/09/2021 | Fidelity Investments | 1005 · TD Bank - Project Account (5636 | -172.51 |
| Bill Pmt -Check | 11810 | 09/09/2021 | Greenbaum Rowe Smith & Davis LLP | 1005 · TD Bank - Project Account (5636 | -450.00 |
| Check | | 09/10/2021 | TCF | 1005 · TD Bank - Project Account (5636 | -965.50 |
| Check | | 09/10/2021 | Intuit | 1005 · TD Bank - Project Account (5636 | -274.95 |
| Bill Pmt -Check | 11644 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -990.00 |
| Bill Pmt -Check | 11645 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -990.00 |
| Bill Pmt -Check | 11646 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -990.00 |
| Bill Pmt -Check | 11647 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,655.00 |
| Bill Pmt -Check | 11648 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,855.00 |
| Bill Pmt -Check | 11649 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -990.00 |
| Bill Pmt -Check | 11650 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -300.00 |
| Bill Pmt -Check | 11651 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -300.00 |
| Bill Pmt -Check | 11652 | 09/10/2021 | | 1005 · TD Bank - Project Account (5636 | -990.00 |
| Bill Pmt -Check | 11653 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -300.00 |
| Bill Pmt -Check | 11654 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,155.00 |
| Bill Pmt -Check | 11655 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -990.00 |
| Bill Pmt -Check | 11657 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -300.00 |
| Bill Pmt -Check | 11658 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,590.00 |
| Bill Pmt -Check | 11659 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -990.00 |
| Bill Pmt -Check | 11660 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -300.00 |

2:01 PM
11/30/21

Case 21-19558    Doc 1BMH-Blackbird1 Theatrical Services1 15:39:08    Desc Main
Document    Page 19 of 59
Check Detail
09/01/21 thru 11/30/21

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 11661 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -300.00 |
| Bill Pmt -Check | 11662 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,690.00 |
| Bill Pmt -Check | 11663 | 09/10/2021 | | 1005 · TD Bank - Project Account (5636 | -990.00 |
| Bill Pmt -Check | 11664 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -300.00 |
| Bill Pmt -Check | 11665 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,755.00 |
| Bill Pmt -Check | 11716 | 09/10/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -600.00 |
| Check | | 09/13/2021 | TD Bank | 1005 · TD Bank - Project Account (5636 | -15.00 |
| Bill Pmt -Check | wire | 09/13/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -8,575.00 |
| Bill Pmt -Check | | 09/14/2021 | Sundial Time Systems | 1005 · TD Bank - Project Account (5636 | -26.85 |
| Check | | 09/14/2021 | TD Bank | 1005 · TD Bank - Project Account (5636 | -30.00 |
| Bill Pmt -Check | 11666 | 09/14/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -750.00 |
| Bill Pmt -Check | 11667 | 09/14/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -4,375.00 |
| Bill Pmt -Check | 11668 | 09/14/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -3,625.00 |
| Bill Pmt -Check | 11669 | 09/14/2021 | | 1005 · TD Bank - Project Account (5636 | -1,050.00 |
| Bill Pmt -Check | 11670 | 09/14/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -2,040.00 |
| Bill Pmt -Check | 11671 | 09/14/2021 | | 1005 · TD Bank - Project Account (5636 | -945.00 |
| Check | | 09/15/2021 | Allegiant Partners | 1005 · TD Bank - Project Account (5636 | -2,587.51 |
| Check | | 09/15/2021 | TD Bank | 1005 · TD Bank - Project Account (5636 | -15.00 |
| Bill Pmt -Check | 11672 | 09/15/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -8,090.00 |
| Bill Pmt -Check | 11682 | 09/15/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -11,850.00 |
| Check | | 09/16/2021 | TD Bank | 1005 · TD Bank - Project Account (5636 | -60.00 |
| Bill Pmt -Check | WIRE | 09/16/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -3,025.00 |
| Bill Pmt -Check | | 09/17/2021 | Capital One Bank | 1005 · TD Bank - Project Account (5636 | -2,000.00 |
| Bill Pmt -Check | 11683 | 09/17/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -650.00 |
| Bill Pmt -Check | EFT | 09/18/2021 | Capital One Bank | 1005 · TD Bank - Project Account (5636 | -2,000.00 |
| Bill Pmt -Check | 11684 | 09/18/2021 | The Virtual BackOffice, LLC | 1005 · TD Bank - Project Account (5636 | -533.75 |
| Check | EFT | 09/20/2021 | Envision Capital | 1005 · TD Bank - Project Account (5636 | -777.54 |
| Bill Pmt -Check | 11673 | 09/20/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -2,829.18 |
| Bill Pmt -Check | 11674 | 09/21/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -500.00 |
| Bill Pmt -Check | 11675 | 09/21/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -5,850.00 |
| Bill Pmt -Check | 11676 | 09/21/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -700.00 |
| Bill Pmt -Check | 17000 | 09/21/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -217.50 |
| Bill Pmt -Check | 17001 | 09/21/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -4,850.00 |
| Bill Pmt -Check | 11677 | 09/22/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,000.00 |
| Check | | 09/23/2021 | New York State Sales Tax | 1005 · TD Bank - Project Account (5636 | -383.92 |
| Bill Pmt -Check | EFT | 09/23/2021 | Optimum | 1005 · TD Bank - Project Account (5636 | -300.62 |

**09/01/21 thru 11/30/21**

| Bill Pmt -Check | EFT | 09/23/2021 | American Express | 1005 · TD Bank - Project Account (5636 | -798.00 |
|---|---|---|---|---|---|
| Bill Pmt -Check | EFT | 09/23/2021 | Pitney Bowes Global Financial Services | 1005 · TD Bank - Project Account (5636 | -110.20 |
| Bill Pmt -Check | 11678 | 09/23/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -726.27 |
| Liability Check | 11679 | 09/23/2021 | Fidelity Investments | 1005 · TD Bank - Project Account (5636 | -202.82 |
| Liability Check | 11680 | 09/23/2021 | Fidelity Investments | 1005 · TD Bank - Project Account (5636 | -160.60 |
| Check | | 09/24/2021 | TCF | 1005 · TD Bank - Project Account (5636 | -386.05 |
| Bill Pmt -Check | | 09/24/2021 | Capital One Bank | 1005 · TD Bank - Project Account (5636 | -2,000.00 |
| Bill Pmt -Check | 11702 | 09/24/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -3,651.00 |
| Bill Pmt -Check | 11703 | 09/24/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -2,310.00 |
| Bill Pmt -Check | | 09/27/2021 | FedEx - Federal Express | 1005 · TD Bank - Project Account (5636 | -37.57 |
| Bill Pmt -Check | 11704 | 09/27/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,500.00 |
| Check | 11705 | 09/27/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -3,680.00 |
| Bill Pmt -Check | 11706 | 09/27/2021 | The Virtual BackOffice, LLC | 1005 · TD Bank - Project Account (5636 | -463.75 |
| Bill Pmt -Check | 11707 | 09/28/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -3,200.00 |
| Bill Pmt -Check | 11708 | 09/28/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -9.76 |
| Bill Pmt -Check | 11709 | 09/28/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -576.00 |
| Bill Pmt -Check | 11710 | 09/28/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,540.00 |
| Bill Pmt -Check | 11711 | 09/28/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -11,164.00 |
| Bill Pmt -Check | 11712 | 09/28/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -210.00 |
| Bill Pmt -Check | 11713 | 09/29/2021 | The Virtual BackOffice, LLC | 1005 · TD Bank - Project Account (5636 | -533.75 |
| Check | | 09/30/2021 | Verizon Wireless | 1005 · TD Bank - Project Account (5636 | -898.54 |
| Check | | 09/30/2021 | TD Bank | 1005 · TD Bank - Project Account (5636 | -135.00 |
| Bill Pmt -Check | 11714 | 09/30/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,500.00 |
| Check | | 10/02/2021 | State of New Jersey (Tax) | 1005 · TD Bank - Project Account (5636 | -1,500.00 |
| Check | | 10/02/2021 | NYS Income Tax | 1005 · TD Bank - Project Account (5636 | -1,000.00 |
| Check | | 10/02/2021 | NYC Department of Finance | 1005 · TD Bank - Project Account (5636 | -1,909.00 |
| Check | | 10/02/2021 | State of New Jersey (Tax) | 1005 · TD Bank - Project Account (5636 | -375.00 |
| Bill Pmt -Check | 11717 | 10/04/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -3,500.00 |
| Bill Pmt -Check | 11715 | 10/05/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -8,120.25 |
| Bill Pmt -Check | 11718 | 10/05/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,075.00 |
| Bill Pmt -Check | 11719 | 10/05/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -275.15 |
| Bill Pmt -Check | 11720 | 10/05/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,025.00 |
| Bill Pmt -Check | 11721 | 10/05/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -2,075.00 |
| Bill Pmt -Check | 11722 | 10/05/2021 | | 1005 · TD Bank - Project Account (5636 | -262.50 |
| Bill Pmt -Check | 11723 | 10/05/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -2,560.00 |
| Bill Pmt -Check | 11724 | 10/05/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -26.00 |

2:01 PM
11/30/21

Case 21-19558    Doc 1    Filed 12/13/21    Entered 12/13/21 15:39:08    Desc Main
Document      Page 21 of 59
BMR Blackbird Theatrical Services
Check Detail
09/01/21 thru 11/30/21

| Check | 11725 | 10/06/2021 | E-Z Pass | 1005 · TD Bank - Project Account (5636 | -485.00 |
|---|---|---|---|---|---|
| Bill Pmt -Check | 11725 | 10/07/2021 | The Virtual BackOffice, LLC | 1005 · TD Bank - Project Account (5636 | -533.75 |
| Liability Check | 11726 | 10/08/2021 | Fidelity Investments | 1005 · TD Bank - Project Account (5636 | -175.90 |
| Bill Pmt -Check | 11727 | 10/08/2021 | The Cumberland Insurance Group | 1005 · TD Bank - Project Account (5636 | -812.40 |
| Bill Pmt -Check | 11728 | 10/08/2021 | Allegro Sanitation Corp | 1005 · TD Bank - Project Account (5636 | -529.10 |
| Bill Pmt -Check | 11729 | 10/08/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -500.00 |
| Bill Pmt -Check | 11730 | 10/08/2021 | PSE&G | 1005 · TD Bank - Project Account (5636 | -250.00 |
| Check |  | 10/10/2021 | Intuit | 1005 · TD Bank - Project Account (5636 | -274.95 |
| Liability Check | 11731 | 10/10/2021 | Fidelity Investments | 1005 · TD Bank - Project Account (5636 | -183.68 |
| Bill Pmt -Check | 11732 | 10/10/2021 | GM Financial | 1005 · TD Bank - Project Account (5636 | -1,166.66 |
| Check |  | 10/12/2021 | TCF | 1005 · TD Bank - Project Account (5636 | -965.50 |
| Bill Pmt -Check | EFT | 10/12/2021 | Capital One Bank | 1005 · TD Bank - Project Account (5636 | -2,000.00 |
| Check | EFT | 10/12/2021 | Envision Capital | 1005 · TD Bank - Project Account (5636 | -777.54 |
| Bill Pmt -Check | 11733 | 10/12/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,000.00 |
| Bill Pmt -Check | 11734 | 10/12/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -262.50 |
| Bill Pmt -Check | 11735 | 10/12/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,658.50 |
| Check |  | 10/17/2021 | Allegiant Partners | 1005 · TD Bank - Project Account (5636 | -2,587.51 |
| Bill Pmt -Check | EFT | 10/17/2021 | Optimum | 1005 · TD Bank - Project Account (5636 | -300.14 |
| Check | 11804 | 10/17/2021 | Internal Revenue Service (EFTPS) | 1005 · TD Bank - Project Account (5636 | -23.45 |
| Bill Pmt -Check | 11802 | 10/19/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -522.00 |
| Bill Pmt -Check | 11803 | 10/19/2021 | The Virtual BackOffice, LLC | 1005 · TD Bank - Project Account (5636 | -472.50 |
| Bill Pmt -Check | 11811 | 10/19/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -2,235.49 |
| Bill Pmt -Check | 11812 | 10/19/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -4,075.00 |
| Bill Pmt -Check | 11813 | 10/19/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -202.50 |
| Bill Pmt -Check | 11814 | 10/19/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -418.06 |
| Bill Pmt -Check | 11815 | 10/21/2021 | The Virtual BackOffice, LLC | 1005 · TD Bank - Project Account (5636 | -472.50 |
| Check |  | 10/22/2021 | TCF | 1005 · TD Bank - Project Account (5636 | -386.05 |
| Bill Pmt -Check | 11816 | 10/22/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -5,760.88 |
| Bill Pmt -Check | 11817 | 10/22/2021 | Theta Consulting | 1005 · TD Bank - Project Account (5636 | -1,200.00 |
| Bill Pmt -Check | EFT | 10/25/2021 | American Express | 1005 · TD Bank - Project Account (5636 | -798.00 |
| Bill Pmt -Check | 11818 | 10/25/2021 | Penn National Insurance | 1005 · TD Bank - Project Account (5636 | -913.82 |
| Bill Pmt -Check | 11819 | 10/25/2021 | Greenbaum Rowe Smith & Davis LLP | 1005 · TD Bank - Project Account (5636 | -450.00 |
| Bill Pmt -Check | 11821 | 10/25/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -350.00 |
| Bill Pmt -Check | 11822 | 10/25/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -187.50 |
| Bill Pmt -Check | 11820 | 10/26/2021 | Futerman & Associates Inc | 1005 · TD Bank - Project Account (5636 | -5,000.00 |
| Bill Pmt -Check | 11823 | 10/26/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,000.00 |

2:01 PM
11/30/21

Case 21-19558    Doc 1BMI-Blackbird Theatrical Services 15:39:08    Desc Main
Document    Page 22 of 59

**Check Detail**
**09/01/21 thru 11/30/21**

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Check | | 10/27/2021 | Verizon Wireless | 1005 · TD Bank - Project Account (5636 | -895.60 |
| Check | | 10/27/2021 | E-Z Pass | 1005 · TD Bank - Project Account (5636 | -485.00 |
| Bill Pmt -Check | EFT | 10/27/2021 | Capital One Bank | 1005 · TD Bank - Project Account (5636 | -2,000.00 |
| Bill Pmt -Check | 11824 | 10/29/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | 0.00 |
| Bill Pmt -Check | 11825 | 10/29/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -331.09 |
| Bill Pmt -Check | 11826 | 10/29/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -6,310.02 |
| Bill Pmt -Check | 11827 | 10/29/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -15,000.00 |
| Bill Pmt -Check | 11828 | 10/29/2021 | | 1005 · TD Bank - Project Account (5636 | -1,450.00 |
| Bill Pmt -Check | 11829 | 10/29/2021 | The Virtual BackOffice, LLC | 1005 · TD Bank - Project Account (5636 | -525.00 |
| Check | | 10/31/2021 | TD Bank | 1005 · TD Bank - Project Account (5636 | -135.00 |
| Bill Pmt -Check | EFT | 11/01/2021 | Oxford Health Plans | 1005 · TD Bank - Project Account (5636 | -8,843.71 |
| Bill Pmt -Check | 11830 | 11/01/2021 | Redacted . | 1005 · TD Bank - Project Account (5636 | -500.00 |
| Bill Pmt -Check | 11831 | 11/01/2021 | PSE&G | 1005 · TD Bank - Project Account (5636 | -250.00 |
| Bill Pmt -Check | 11832 | 11/02/2021 | | 1005 · TD Bank - Project Account (5636 | -133.75 |
| Bill Pmt -Check | 11833 | 11/02/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -240.00 |
| Bill Pmt -Check | 11834 | 11/02/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -447.67 |
| Bill Pmt -Check | 11835 | 11/02/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -823.52 |
| Bill Pmt -Check | 11836 | 11/02/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -2,000.00 |
| Check | | 11/04/2021 | Ascentium | 1005 · TD Bank - Project Account (5636 | -233,620.63 |
| Bill Pmt -Check | 11837 | 11/05/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -10,970.00 |
| Bill Pmt -Check | 11838 | 11/05/2021 | The Virtual BackOffice, LLC | 1005 · TD Bank - Project Account (5636 | -463.75 |
| Bill Pmt -Check | 11839 | 11/05/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -348.02 |
| Bill Pmt -Check | 11840 | 11/05/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -3,100.00 |
| Bill Pmt -Check | 11841 | 11/05/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -3,900.00 |
| Bill Pmt -Check | 11842 | 11/05/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -2,621.51 |
| Bill Pmt -Check | 11843 | 11/09/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,000.00 |
| Bill Pmt -Check | 11844 | 11/09/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -3,960.00 |
| Bill Pmt -Check | 11845 | 11/09/2021 | | 1005 · TD Bank - Project Account (5636 | -303.55 |
| Bill Pmt -Check | 11846 | 11/09/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -6,799.75 |
| Bill Pmt -Check | 11847 | 11/09/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -144.00 |
| Bill Pmt -Check | 11848 | 11/09/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -180.00 |
| Check | | 11/12/2021 | TCF | 1005 · TD Bank - Project Account (5636 | -965.50 |
| Bill Pmt -Check | WIRE | 11/12/2021 | Illuminico | 1005 · TD Bank - Project Account (5636 | -36,370.57 |
| Bill Pmt -Check | 11849 | 11/12/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | 0.00 |
| Check | ACH | 11/15/2021 | Envision Capital | 1005 · TD Bank - Project Account (5636 | -3,869.62 |
| Check | EFT | 11/15/2021 | Envision Capital | 1005 · TD Bank - Project Account (5636 | -777.54 |

2:01 PM
11/30/21

Case 21-19558    Doc 1   BMI-Blackbird Theatrical Services   15:39:08    Desc Main
Document    Page 23 of 59

Check Detail

09/01/21 thru 11/30/21

| Type | Num | Date | Name | Account | Amount |
|------|-----|------|------|---------|--------|
| Bill Pmt -Check | 11685 | 11/15/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -6,000.00 |
| Bill Pmt -Check | WIRE | 11/16/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -5,786.80 |
| Bill Pmt -Check | 11851 | 11/16/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -523.80 |
| Bill Pmt -Check | 11851 | 11/16/2021 | The Virtual BackOffice, LLC | 1005 · TD Bank - Project Account (5636 | -1,076.25 |
| Bill Pmt -Check | 11852 | 11/16/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -217.50 |
| Bill Pmt -Check | 11853 | 11/16/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -41.90 |
| Bill Pmt -Check | 11854 | 11/16/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -5,005.00 |
| Bill Pmt -Check | 11855 | 11/16/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -2,955.00 |
| Bill Pmt -Check | 11736 | 11/19/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,000.00 |
| Bill Pmt -Check | 11737 | 11/19/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,395.37 |
| Bill Pmt -Check | 11850 | 11/19/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -5,708.75 |
| Bill Pmt -Check | 11852 | 11/19/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -500.00 |
| Check | | 11/22/2021 | TCF | 1005 · TD Bank - Project Account (5636 | -386.05 |
| Bill Pmt -Check | 11858 | 11/22/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,075.00 |
| Bill Pmt -Check | 11859 | 11/23/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -109.50 |
| Bill Pmt -Check | 11860 | 11/23/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -500.00 |
| Bill Pmt -Check | 11861 | 11/23/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -500.00 |
| Bill Pmt -Check | 11862 | 11/23/2021 | | 1005 · TD Bank - Project Account (5636 | -1,600.00 |
| Bill Pmt -Check | 11863 | 11/23/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -180.00 |
| Bill Pmt -Check | 11864 | 11/23/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -4,336.17 |
| Bill Pmt -Check | 11865 | 11/23/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -19,068.00 |
| Bill Pmt -Check | 11866 | 11/23/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -857.00 |
| Bill Pmt -Check | 11867 | 11/24/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -8,127.52 |
| Check | 11868 | 11/24/2021 | State of New Jersey - DCA | 1005 · TD Bank - Project Account (5636 | -1,465.00 |
| Bill Pmt -Check | 11869 | 11/26/2021 | GM Financial | 1005 · TD Bank - Project Account (5636 | -2,280.00 |
| Bill Pmt -Check | | 11/29/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -2,621.50 |
| Bill Pmt -Check | Debit Card | 11/29/2021 | Chauvet | 1005 · TD Bank - Project Account (5636 | -143.24 |
| Bill Pmt -Check | WIRE | 11/29/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -2,853.20 |
| Bill Pmt -Check | | 11/30/2021 | The Virtual BackOffice, LLC | 1005 · TD Bank - Project Account (5636 | -560.00 |
| Bill Pmt -Check | | 11/30/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -3,045.00 |
| Bill Pmt -Check | | 11/30/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -2,040.00 |
| Bill Pmt -Check | | 11/30/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -71.00 |
| Bill Pmt -Check | | 11/30/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -725.00 |
| Bill Pmt -Check | | 11/30/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -1,560.00 |
| Bill Pmt -Check | | 11/30/2021 | Redacted | 1005 · TD Bank - Project Account (5636 | -255.00 |

**PPP CHECKING ACCOUNT**

2:01 PM
11/30/21

Case 21-19558    Doc 1 BML-Blackbird Theatrical Services 15:39:08    Desc Main
Document    Page 24 of 59

Check Detail
09/01/21 thru 11/30/21

| | | | | |
|---|---|---|---|---|
| Bill Pmt -Check | 09/03/2021 | Paychex | 1015 · TD Bank - PPP (3402) | -171.38 |
| Bill Pmt -Check | 09/10/2021 | Paychex | 1015 · TD Bank - PPP (3402) | -171.38 |
| Check | 09/30/2021 | TD Bank | 1015 · TD Bank - PPP (3402) | -3.00 |
| Check | 10/31/2021 | TD Bank | 1015 · TD Bank - PPP (3402) | -3.00 |
| | | **PROVIDENT CHECKING ACCOUNT** | | |
| Check | 09/14/2021 | Provident | 1040 · Provident - Facilities (2849) | -41.73 |
| Check | 10/31/2021 | Provident | 1040 · Provident - Facilities (2849) | -41.74 |

**Fill in this information to identify the case:**

Debtor name    **Four and Twenty LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Small Business Administration**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $159,900.00 | $0.00 |

**409 Third Street, SW**
**Washington, DC 20416**
Creditor's mailing address

**Describe the lien**
**SBA Loan Application for loan forgiveness to be considered**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

|  | | | |
|---|---|---|---|
| **2.2** **Small Business Administration**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $97,170.00 | $0.00 |

**409 Third Street, SW**
**Washington, DC 20416**
Creditor's mailing address

**Describe the lien**
**PPP loan Application for loan forgiveness to be considered**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Debtor | **Four and Twenty LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$257,070.00**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **United States Attorney**<br>**Peter Rodino Federal Building**<br>**970 Broad Street, Suite 700**<br>**Newark, NJ 07102** | Line **2.1** | |
| **United States Attorney**<br>**Peter Rodino Federal Building**<br>**970 Broad Street, Suite 700**<br>**Newark, NJ 07102** | Line **2.2** | |
| **United States Attorney General**<br>**Attorney General**<br>**United States Department of Justice**<br>**P.O. Box 683**<br>**Washington, DC 20044** | Line **2.1** | |
| **United States Attorney General**<br>**Attorney General**<br>**United States Department of Justice**<br>**P.O. Box 683**<br>**Washington, DC 20044** | Line **2.2** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Four and Twenty LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$82,371.15** | **Unknown** |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19114** | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Failure to make tax deposit 2019, 2020 and 2021** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$66,225.99** | **Unknown** |
|---|---|---|---|---|
| | **NYS Department of Tax and**<br>**Finance**<br>**Bankruptcy/Special Procedures**<br>**Section**<br>**P.O. Box 5300**<br>**Albany, NY 12205-0300** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Judgment 2020 and 2021** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | Four and Twenty LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**State of New Jersey-Division of Taxation**
**Compliance and Enforce.**
**Bankruptcy Unit**
**50 Barrack Street, 9th Floor**
**PO Box 245**
**Trenton, NJ 08695-0267**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$329,033.35**

**1 Aquarium Drive LLC**
**Att: Hartz Mountain Industries**
**400 Plaza Drive, 4th Floor**
**Secaucus, NJ 07096-1515**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Allegiant Partners, Inc.**
**1550 Parkside Drive, Suite 240**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Commercial equipment lease**

Last 4 digits of account number  9619

Is the claim subject to offset? ■ No ☐ Yes

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$229,885.35**

**Ascentium Capital LLC**
**23970 Highway 59 N**
**Kingwood, TX 77339-1535**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  5/24/2018

Basis for the claim: **Judgment-commercial equipment lease**

Last 4 digits of account number  6053

Is the claim subject to offset? ■ No ☐ Yes

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,378.03**

**Auto Filling Services LLC**
**101 Chase Avenue, Suite 302**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**BizBash**
**15 Technology Parkway South**
**Suite 250**
**Norcross, GA 30092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Four and Twenty LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address

**CAPS New York**
**7 Penn Plaza, Suite 601**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$88,390.90**

---

**3.7** | Nonpriority creditor's name and mailing address

**Cartridge World MDLS**
**291 Ridge Road**
**North Arlington, NJ 07031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,529.14**

---

**3.8** | Nonpriority creditor's name and mailing address

**CAT Entertainment Services**
**250 Circle Drive N.**
**Piscataway, NJ 08854**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,565.00**

---

**3.9** | Nonpriority creditor's name and mailing address

**Chasen Leyner & Lamparello, PC**
**300 Lighting Way**
**Secaucus, NJ 07094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$55,350.00**

---

**3.10** | Nonpriority creditor's name and mailing address

**CIT Bank, NA**
**10201 Centurian Parkway N. #100**
**Jacksonville, FL 32256**

Date(s) debt was incurred _

Last 4 digits of account number  **6948**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.11** | Nonpriority creditor's name and mailing address

**CIT Bank, NA**
**10201 Centurian Parkway N. #100**
**Jacksonville, FL 32256**

Date(s) debt was incurred _

Last 4 digits of account number  **6429**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.12** | Nonpriority creditor's name and mailing address

**Clark Media**
**296 Broadhead Road**
**Bethlehem, PA 18017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,012.50**

---

| Debtor | **Four and Twenty LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Crestmark Vendor Finance**
**Att: Sharmen Hall**
**5480 Corporate Drive, Suite 350**
**Troy, MI 48098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elliot Krowe**
**648 Croton Heights Road**
**Yorktown Heights, NY 10598**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Envision Capital Group LLC**
**23422 Mill Creek Drive, Suite 200**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Commercial equipment lease**

**Last 4 digits of account number** **1001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$171,862.57** |
|---|---|---|---|

**Generico, LLC**
**20-21 Wagaraw Road**
**Fair Lawn, NJ 07410**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94,000.00** |
|---|---|---|---|

**Hertz Corp.**
**Commercial Billing Dept 1124**
**PO Box 121190**
**Dallas, TX 75312-1190**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **DJ100488-19**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,692.16** |
|---|---|---|---|

**Hertz Equipment Rental**
**PO Box 650280**
**Dallas, TX 75265-0280**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hitachi Capital America Corp.**
**Att: Greenstein Sellers, PLLC**
**825 Nicollet Mall, Suite 1648**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Four and Twenty LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,066.99**

**J & Sons Inc.**
**Att: Anthony L. Picarelli, Esq.,**
**Snellings Law, Waterview Plaza**
**2001 Route 46, Suite 206**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment-VJ 002247-21**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,743.33**

**Jan-Pro Cleaning Systems**
**142 Fairfield Road**
**Fairfield, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,441.04**

**KnowBe4**
**33 N. Garden Avenue**
**Suite 1200**
**Clearwater, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Level 3 Communications LLC**
**Accounts Receivable**
**PO Box 910182**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,336.24**

**Maintainco**
**PO Box 1785**
**South Hackensack, NJ 07606-1785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,363.94**

**Meadowlands Fire Protection**
**348 New County Road**
**Secaucus, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,003.72**

**Nationwide Video**
**50888 Century Court**
**Wixom, MI 48393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Four and Twenty LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Navitas Credit Corp
Att: Quail Financial Solutions
2310 W. Victory Boulevard
Burbank, CA 91506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Commercial equipment agreement Robe Lighting

Last 4 digits of account number  5378

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$925.16**

NYC Depart of Finance-Parking Violations
Church Street Station
PO Box 3600
New York, NY 10008

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,504.78**

NYC Depart. of Finance
PO Box 3933
New York, NY 10008-3933

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,985.13**

Penske Truck Leasing Co.
PO Box 827380
Philadelphia, PA 19182-7380

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,895.00**

Pro Piano
550 11th Street
Brooklyn, NY 11215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,061.13**

PSE&G Service Corp
Att: Vincent Albanito
Customer Ops & Collection
80 Park Plaza
Newark, NJ 07102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Rosenblum LLC
8 Belnay Lane
Montvale, NJ 07645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Landlord

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Four and Twenty LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**RXR SL Owner LLC**
**Att: RXR Realty LLC**
**625 RXR Plaza**
**Uniondale, NY 11556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,313.10**

**Ryder Transportation Services**
**6000 Windward Parkway**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Ryder Truck Rental, Inc.**
**11690 Northwest 105th Street**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,950.00**

**Sentil Benefits & Financial Group, LLC**
**100 Quaannapowitt Parkway**
**Suite 300**
**PO Box 4006**
**Wakefield, MA 01880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$719.08**

**Sherwin-Williams**
**614 Ridge Road**
**North Arlington, NJ 07031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,185.31**

**Sunbelt Rentals Nashville**
**1805 Lebanon Pike**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,537.78**

**Sunbelt Rentals, Inc.**
**Att: John J. Sheerin, Esq.**
**Mullooly, Jeffrey, Rooney & Flynn**
**6851 Jericho Turnpike, Suite 220**
**Syosset, NY 11791-9036**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Judgment__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Four and Twenty LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141,186.82**

**Taylor & Taylor Associates, Inc**
**271 Madison Avenue, 5th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Agent for Allianz insurance.

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,433.33**

**TowerStream Corp.**
**PO Box 414061**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,670.00**

**TQL**
**PO Box 634558**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,930.67**

**Unique Business Systems**
**1100 Colorado Ave., Suite B**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,276.88**

**United Rentals**
**2605 North 11th Street**
**Enid, OK 73701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,734.95**

**United Water**
**Suez Water New Jersey**
**Payment Center**
**PO Box 371804**
**Pittsburgh, PA 15250-7804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,845.08**

**Verizon Connect Fleet USA LLC**
**PO Box 347472**
**Pittsburgh, PA 15251-4472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Four and Twenty LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,735.45 |
|---|---|---|---|
| | **W.B. Mason Company Inc.** <br> **PO Box 111** <br> **59 Canter Street** <br> **Brockton, MA 02303** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,931.50 |
|---|---|---|---|
| | **Withum Smith & Brown PC** <br> **Att: William J. Morrison** <br> **650 Farm Road, Suite 468** <br> **Paramus, NJ 07652** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Judgment__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **D. Mark Leonard, Esq.** <br> **Horowitz, Rubino & Patton** <br> **400 Plaza Drive** <br> **Secaucus, NJ 07094** | Line __3.1__ <br><br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Joel M. Flink, Esq.** <br> **Frederic Weinberg & Associates Inc.** <br> **1200 Laurel Oak Road, Suite 104** <br> **Voorhees, NJ 08043** | Line __3.36__ <br><br> ☐ Not listed. Explain ____ | _ |
| 4.3 | **McOmber, McOmber & Luber** <br> **Att: Christian V. McOmber, Esq.** <br> **54 Shrewsbury Avenue** <br> **Red Bank, NJ 07701** | Line __3.49__ <br><br> ☐ Not listed. Explain ____ | _ |
| 4.4 | **Robert L. Hornby, Esq.** <br> **Chiesa, Shahinian & Giantomasi, PC** <br> **One Boland Drive** <br> **West Orange, NJ 07052** | Line __3.3__ <br><br> ☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 148,597.14 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,326,475.41 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 1,475,072.55 |

| Fill in this information to identify the case: |
|---|
| Debtor name **Four and Twenty LLC** |
| United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY |
| Case number (if known) _____ |

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Allegiant Partners, Inc.**<br>**1550 Parkside Drive, Suite 240**<br>**Walnut Creek, CA 94596** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br>**Commercial equipment lease 2286053 for video equipment.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ascentium Capital LLC**<br>**23970 Highway 59 N**<br>**Kingwood, TX 77339-1535** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br>**Commercial equipment lease 2393276 for lighting equipment**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ascentium Capital LLC**<br>**23970 Highway 59 N**<br>**Kingwood, TX 77339-1535** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br>**Commercial equipment lease 2284911 for camera equipment.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ascentium Capital LLC**<br>**23970 Highway 59 N**<br>**Kingwood, TX 77339-1535** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Four and Twenty LLC**                                          Case number *(if known)* _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial equipment lease 1566948** | |
|---|---|---|---|
| | State the term remaining | | **CIT Bank, NA**<br>**10201 Centurian Parkway N. #100**<br>**Jacksonville, FL 32256** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial equipment lease 1226429** | |
|---|---|---|---|
| | State the term remaining | | **CIT Bank, NA**<br>**10201 Centurian Parkway N. #100**<br>**Jacksonville, FL 32256** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial equipment lease** | |
|---|---|---|---|
| | State the term remaining | | **Envision Capital Group LLC**<br>**23422 Mill Creek Drive, Suite 200**<br>**Laguna Hills, CA 92653** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial equipment lease** | |
|---|---|---|---|
| | State the term remaining | | **Navitas Credit Corp**<br>**Att: Quail Financial Solutions**<br>**2310 W. Victory Boulevard**<br>**Burbank, CA 91506** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Fair Lawn, NJ site** | |
|---|---|---|---|
| | State the term remaining | | **Rosenblum LLC**<br>**8 Belnay Lane**<br>**Montvale, NJ 07645** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for equipment** | |
|---|---|---|---|
| | State the term remaining | | **RXR SL Owner LLC**<br>**Att: RXR Realty LLC**<br>**625 RXR Plaza**<br>**Uniondale, NY 11556** |
| | List the contract number of any | | |

| Debtor 1 | **Four and Twenty LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Equipment finance agreement for outdoor screens.** | |
|---|---|---|---|
| | State the term remaining | | **Target Lease Capital LLC** |
| | List the contract number of any government contract | | **5500 Main Street, Suite 300**<br>**Buffalo, NY 14221** |

**Fill in this information to identify the case:**

Debtor name **Four and Twenty LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Eric Todd** | **20-21 Wagaraw Road Fair Lawn, NJ 07410 Guarantor** | **Allegiant Partners, Inc.** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.2 | **Eric Todd** | **Guarantor** | **Ascentium Capital LLC** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.3 | **Eric Todd** | **Guarantor** | **CIT Bank, NA** | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.4 | **Eric Todd** | **Guarantor** | **CIT Bank, NA** | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.5 | **Eric Todd** | **Guarantor** | **Hitachi Capital America Corp.** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |

| Debtor | **Four and Twenty LLC** | Case number *(if known)* |
|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Eric Todd** | Guarantor | **Elliot Krowe** | ☐ D _____ <br> ■ E/F **3.14** <br> ☐ G _____ |
| 2.7 **Eric Todd** | 20-21 Wagaraw Road <br> Fair Lawn, NJ 07410 | **RXR SL Owner LLC** | ☐ D _____ <br> ■ E/F **3.34** <br> ☐ G _____ |
| 2.8 **Eric Todd** | | **Target Lease Capital LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G **2.11** |
| 2.9 **Eric Todd** | | **Ascentium Capital LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G **2.3** |
| 2.10 **Eric Todd** | | **Ascentium Capital LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G **2.2** |
| 2.11 **Eric Todd** | | **Ascentium Capital LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G **2.4** |
| 2.12 **Eric Todd** | | **CIT Bank, NA** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G **2.5** |
| 2.13 **Eric Todd** | | **CIT Bank, NA** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G **2.6** |

| Debtor | **Four and Twenty LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| | | |
|---|---|---|
| 2.14 | **Eric Todd** | **Navitas Credit Corp** |
| | **Guarantor** | ☐ D _____ |
| | | ☐ E/F _____ |
| | | ■ G ___ **2.8** |

**Fill in this information to identify the case:**

Debtor name     **Four and Twenty LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$2,607,187.00** |
| **For year before that:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$14,937,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1.  **Ascentium Capital LLC**<br>**23970 Highway 59 N**<br>**Kingwood, TX 77339-1535** | | **$233,620.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Creditor levied Debtor's TD bank account** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Four and Twenty LLC**                                    Case number *(if known)* _____

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**  **Legal Actions or Assignments**

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | One Aquarium Drive LLC v. Four and Twenty, LLC et al. HUD-L-003846-20 | Civil | Superior Court of New Jersey Hudson County | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Herc Rentals Inc. f/k/a Hertz Equipment Rental Corp. v. Four and Twenty LLC et al. HUD-L-004644-19 | Civil | Superior Court of New Jersey Hudson County | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Sunbelt Rentals v. BML-Blackbird, Inc. HUD-DC-001092-21 | Civil Judgment entered | Superior Court of NJ-Hudson County | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | J & Sons Landscaping v. BML Blackbird, Inc. BER-DC 006920-21 | Civil-Judgment entered | Superior Court of NJ-Bergen County | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. | Hitachi Capital America Corp. v. BML Blackbird, Inc. 62-CV-21-3465 | Civil | District Court State of Minnesota County of Ramsey | ■ Pending ☐ On appeal ☐ Concluded |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Four and Twenty LLC** _____    Case number _(if known)_ _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Withum Smith & Brown PC v. BML Blackbird, Inc.**<br>**BER-L-4841-21** | **Civil** | **Superior Court of NJ-Bergen County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Ascentium Capital LLC v. BML Blackbird, Inc.**<br>**PAS-L-377-21** | **Civil-Judgment** | **Superior Court of NJ-Passaic County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **CAT Entertainment Services v. BML Blackbird, Inc.** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Ryder Truck Rental, Inc. v. Debtor**<br>**HUD-L-003176-21** | **Civil** | **Hudson County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B _(Schedule A/B: Assets – Real and Personal Property)._ | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Four and Twenty LLC** _____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Greenbaum, Rowe, Smith & Davis LLP** | | **December 2021** | **$15,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Greenbaum, Rowe, Smith & Davis LLP Att: Nancy Isaacson, Esq. PO Box 5600 Woodbridge, NJ 07095** | | **September 2020** | **$21,503.95** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1 Aquarium Drive Secaucus, NJ** | |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or

| Debtor | **Four and Twenty LLC** | Case number (if known) | |
|---|---|---|---|

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Sentinel Benefits Group LLC** | EIN: |

Has the plan been terminated?

■ No

☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Provident Bank** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $1,620.00 |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    **Four and Twenty LLC**                                          Case number *(if known)* _____

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor   **Four and Twenty LLC**                                                        Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Blaine Vestby** | **Jan. 2018 to March 2020** |
| 26a.2.   **Futerman & Associates** **425 Carlton Road** **Mount Pocono, PA 18344** | **2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Abrams McKeever** **92 Union Avenue** **Cresskill, NJ 07626** | **until July 2021** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Eric Todd** | | **Managing Member** | **100% interest** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Four and Twenty LLC**                                        Case number *(if known)*  _____

---

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 13, 2021**

**/s/ Eric Todd**                                        **Eric Todd**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re **Four and Twenty LLC**

Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 13, 2021**

*Date*

**/s/ Nancy Isaacson**

**Nancy Isaacson**
*Signature of Attorney*
**Greenbaum, Rowe, Smith & Davis LLP**
**75 Livingston Avenue**
**Roseland, NJ 07068**
**(973) 577-1930  Fax: (973) 577-1931**
**niaacson@greenbaumlaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
### District of New Jersey

In re    **Four and Twenty LLC**                          Case No. _____

                                    Debtor(s)                   Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Eric Todd**<br>**20-21 Wagaraw Road**<br>**Fair Lawn, NJ 07410** | | | **100% interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 13, 2021**                      Signature   **/s/ Eric Todd**

                                                                       **Eric Todd**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re    **Four and Twenty LLC**                     Case No.

                            Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 13, 2021**                    **/s/ Eric Todd**

                                           **Eric Todd**/Managing Member
                                           Signer/Title

1 Aquarium Drive LLC
Att: Hartz Mountain Industries
400 Plaza Drive, 4th Floor
Secaucus, NJ 07096-1515


Allegiant Partners, Inc.
1550 Parkside Drive, Suite 240
Walnut Creek, CA 94596


Ascentium Capital LLC
23970 Highway 59 N
Kingwood, TX 77339-1535


Auto Filling Services LLC
101 Chase Avenue, Suite 302
Lakewood, NJ 08701


BizBash
15 Technology Parkway South
Suite 250
Norcross, GA 30092


CAPS New York
7 Penn Plaza, Suite 601
New York, NY 10001


Cartridge World MDLS
291 Ridge Road
North Arlington, NJ 07031


CAT Entertainment Services
250 Circle Drive N.
Piscataway, NJ 08854


Chasen Leyner & Lamparello, PC
300 Lighting Way
Secaucus, NJ 07094


CIT Bank, NA
10201 Centurian Parkway N. #100
Jacksonville, FL 32256


Clark Media
296 Broadhead Road
Bethlehem, PA 18017

Crestmark Vendor Finance
Att: Sharmen Hall
5480 Corporate Drive, Suite 350
Troy, MI 48098


D. Mark Leonard, Esq.
Horowitz, Rubino & Patton
400 Plaza Drive
Secaucus, NJ 07094


Elliot Krowe
648 Croton Heights Road
Yorktown Heights, NY 10598


Envision Capital Group LLC
23422 Mill Creek Drive, Suite 200
Laguna Hills, CA 92653


Eric Todd
20-21 Wagaraw Road
Fair Lawn, NJ 07410


Generico, LLC
20-21 Wagaraw Road
Fair Lawn, NJ 07410


Hertz Corp.
Commercial Billing Dept 1124
PO Box 121190
Dallas, TX 75312-1190


Hertz Equipment Rental
PO Box 650280
Dallas, TX 75265-0280


Hitachi Capital America Corp.
Att: Greenstein Sellers, PLLC
825 Nicollet Mall, Suite 1648
Minneapolis, MN 55402


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114

J & Sons Inc.
Att: Anthony L. Picarelli, Esq.,
Snellings Law, Waterview Plaza
2001 Route 46, Suite 206
Parsippany, NJ 07054


Jan-Pro Cleaning Systems
142 Fairfield Road
Fairfield, NJ 07004


Joel M. Flink, Esq.
Frederic Weinberg & Associates Inc.
1200 Laurel Oak Road, Suite 104
Voorhees, NJ 08043


KnowBe4
33 N. Garden Avenue
Suite 1200
Clearwater, FL 33755


Level 3 Communications LLC
Accounts Receivable
PO Box 910182
Denver, CO 80291-0182


Maintainco
PO Box 1785
South Hackensack, NJ 07606-1785


McOmber, McOmber & Luber
Att: Christian V. McOmber, Esq.
54 Shrewsbury Avenue
Red Bank, NJ 07701


Meadowlands Fire Protection
348 New County Road
Secaucus, NJ 07094


Nationwide Video
50888 Century Court
Wixom, MI 48393


Navitas Credit Corp
Att: Quail Financial Solutions
2310 W. Victory Boulevard
Burbank, CA 91506

NYC Depart of Finance-Parking Violations
Church Street Station
PO Box 3600
New York, NY 10008


NYC Depart. of Finance
PO Box 3933
New York, NY 10008-3933


NYS Department of Tax and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300


Penske Truck Leasing Co.
PO Box 827380
Philadelphia, PA 19182-7380


Pro Piano
550 11th Street
Brooklyn, NY 11215


PSE&G Service Corp
Att: Vincent Albanito
Customer Ops & Collection
80 Park Plaza
Newark, NJ 07102


Robert L. Hornby, Esq.
Chiesa, Shahinian & Giantomasi, PC
One Boland Drive
West Orange, NJ 07052


Rosenblum LLC
8 Belnay Lane
Montvale, NJ 07645


RXR SL Owner LLC
Att: RXR Realty LLC
625 RXR Plaza
Uniondale, NY 11556


Ryder Transportation Services
6000 Windward Parkway
Alpharetta, GA 30005

Ryder Truck Rental, Inc.
11690 Northwest 105th Street
Miami, FL 33178


Sentil Benefits & Financial Group, LLC
100 Quaannapowitt Parkway
Suite 300
PO Box 4006
Wakefield, MA 01880


Sherwin-Williams
614 Ridge Road
North Arlington, NJ 07031


Small Business Administration
409 Third Street, SW
Washington, DC 20416


State of New Jersey-Division of Taxation
Compliance and Enforce. Bankruptcy Unit
50 Barrack Street, 9th Floor
PO Box 245
Trenton, NJ 08695-0267


Sunbelt Rentals Nashville
1805 Lebanon Pike
Nashville, TN 37210


Sunbelt Rentals, Inc.
Att: John J. Sheerin, Esq.
Mullooly, Jeffrey, Rooney & Flynn
6851 Jericho Turnpike, Suite 220
Syosset, NY 11791-9036


Target Lease Capital LLC
5500 Main Street, Suite 300
Buffalo, NY 14221


Taylor & Taylor Associates, Inc
271 Madison Avenue, 5th Floor
New York, NY 10016


TowerStream Corp.
PO Box 414061
Boston, MA 02241

TQL
PO Box 634558
Cincinnati, OH 45263


Unique Business Systems
1100 Colorado Ave., Suite B
Santa Monica, CA 90401


United Rentals
2605 North 11th Street
Enid, OK 73701


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102


United States Attorney General
Attorney General
United States Department of Justice
P.O. Box 683
Washington, DC 20044


United Water
Suez Water New Jersey
Payment Center
PO Box 371804
Pittsburgh, PA 15250-7804


Verizon Connect Fleet USA LLC
PO Box 347472
Pittsburgh, PA 15251-4472


W.B. Mason Company Inc.
PO Box 111
59 Canter Street
Brockton, MA 02303


Withum Smith & Brown PC
Att: William J. Morrison
650 Farm Road, Suite 468
Paramus, NJ 07652

# United States Bankruptcy Court
### District of New Jersey

In re  **Four and Twenty LLC**
                                    Debtor(s)

Case No.
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Four and Twenty LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 13, 2021**
Date

**/s/ Nancy Isaacson**

**Nancy Isaacson**
Signature of Attorney or Litigant
Counsel for   **Four and Twenty LLC**
**Greenbaum, Rowe, Smith & Davis LLP**
**75 Livingston Avenue**
**Roseland, NJ 07068**
**(973) 577-1930 Fax:(973) 577-1931**
**niaacson@greenbaumlaw.com**