Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21–19558–SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Four and Twenty LLC
  dba BML Blackbird, Inc., dba
  BML–Blackbird Theatrical Services
  20–21 Wagaraw Road
  Fair Lawn, NJ 07410

Social Security No.:

Employer's Tax I.D. No.:
  20–3833429

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Joseph L Schwartz – TR is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 9, 2023</u>         <u>Stacey L. Meisel</u>
                                      Judge, United States Bankruptcy Court